**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**FRITZ FIDELE**                                                                                                  **PETITIONER**

**v.**                        **NO. 2:05CV00333 WRW**

**LINDA SANDERS, Warden, FCI**                                          **RESPONDENT**
**Forrest City, Arkansas**

## JUDGMENT

In accordance with the order entered this day, judgment is entered for petitioner Fritz Fidele.

IT IS SO ORDERED this 8th day of February, 2006.


                                                     /s/ Wm. R.Wilson,Jr.
                                                       UNITED STATES DISTRICT JUDGE